# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Robert D. | Southern District of New York | 12/24/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute/University of Texas Law School | 02/20/2013-02/22/2013 | Las Vegas, NV | Speaker at annual conference on valuation issues | Airfare, hotel, food, other transportation |
| 2. | American Bankruptcy Institute | 04/19/2014-04/21/2014 | Washington, DC | Speaker at annual bankruptcy conference | Train, food, other transportation |
| 3. | Turnaround Management Ass'n/NY Institute of Credit | 05/09/2013-05/10/2013 | Uncasville, CT | Speaker at conference on law firm bankruptcies | Transporation, hotel, food |
| 4. | Hudson Valley Bankruptcy Bar Association | 09/19/2013-9/20/2013 | Hyde Park, NY | Speaker at annual consumer bankruptcy law conference | Transporation, hotel, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/24/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bankruptcy Institute/Georgetown Law School | 9/27/2013-9/28/2013 | Washington, DC | Speaker at annual views from the bench bankruptcy law conference | Train, food, other transportation |
| 6. | American Bankruptcy Institute | 10/31/2013-11/1/2013 | Atlanta, GA | Speaker at annual bankrutcy law conference | Airfaire, hotel, food, other transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Account #1 | A | Interest | J | T | | | | | See note in Part VII |
| 2. Access Financial Account #1 | A | Int./Div. | K | T | | | | | |
| 3. Access Financial Account #2 | A | Int./Div. | K | T | Sold (part) | 12/27/13 | L | D | |
| 4. Access Financial Account #3 | A | Interest | J | T | | | | | |
| 5. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 6. US Trust Managed US TCommon Account (no control) | F | Int./Div. | P1 | T | | | | | See note in Part VIII |
| 7. -Accenture | | | | | Buy | 05/23/13 | J | | |
| 8. -Accenture | | | | | Buy (add'l) | 11/20/13 | J | | |
| 9. -Accenture | | | | | Sold (part) | 12/16/13 | J | | |
| 10. -Ace Ltd. | | | | | Buy | 05/23/13 | J | | |
| 11. -Ace Ltd. | | | | | Sold (part) | 08/08/13 | J | | |
| 12. -Ace Ltd. | | | | | Sold (part) | 08/09/13 | J | | |
| 13. -Ace Ltd. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 14. -Alexion Pharma. | | | | | Buy | 05/23/13 | J | | |
| 15. -Alexion Pharma. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 16. -Alexion Pharma | | | | | Buy (add'l) | 07/05/13 | J | | |
| 17. -Alexion Pharma. | | | | | Buy (add'l) | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Allergan | | | | | Buy | 05/23/13 | J | | |
| 19.  -Allergan | | | | | Sold | 06/27/13 | J | | |
| 20.  -Amazon | | | | | | | | | |
| 21.  -American Express | | | | | Buy | 06/10/13 | J | | |
| 22.  -American Express | | | | | Buy (add'l) | 11/20/13 | J | | |
| 23.  -Anadarko Pete | | | | | Buy | 05/23/13 | J | | |
| 24.  -Anadarko Pete | | | | | Buy (add'l) | 11/20/13 | J | | |
| 25.  -Anadarko Pete | | | | | Sold (part) | 12/16/13 | J | | |
| 26.  -Apple | | | | | Buy | 05/23/13 | J | | |
| 27.  -Apple | | | | | Buy (add'l) | 11/20/13 | J | | |
| 28.  -Aston Montag & Caldwall Grwth Fnd Cl 1 | | | | | Buy (add'l) | 01/04/13 | L | | |
| 29.  -Berkshire Hathaway Cl B | | | | | Buy | 05/23/13 | J | | |
| 30.  -Berkshire Hathaway Cl B | | | | | Buy (add'l) | 11/20/13 | J | | |
| 31.  -Cerner | | | | | Buy | 05/23/13 | J | | |
| 32.  -Cerner | | | | | Buy (add'l) | 11/20/13 | J | | |
| 33.  -Chevron | | | | | Buy | 05/23/13 | J | A | |
| 34.  -Chevron | | | | | Sold (part) | 07/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Chevron | | | | | Sold (part) | 11/14/13 | J | | |
| 36. -Chevron | | | | | Buy (add'l) | 11/20/13 | J | | |
| 37. -Chevron | | | | | Sold (part) | 12/16/13 | J | | |
| 38. -CME Grp. | | | | | Buy | 06/24/13 | J | | |
| 39. -CME Grp. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 40. -CME Grp. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 41. -CME Grp. | | | | | Buy (add'l) | 07/29/13 | J | | |
| 42. -CME Grp. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 43. -Col. Dividend. Income FD Class Z | | | | | Buy (add'l) | 01/04/13 | L | | |
| 44. -Col. Select Large Cap Growth FD Class Z | | | | | | | | | |
| 45. -Comcast | | | | | | | | | |
| 46. -Conoco Phillips | | | | | Buy | 05/23/13 | J | | |
| 47. -Conoco Phillips | | | | | Buy (add'l) | 11/20/13 | J | | |
| 48. -Costco Whlsl | | | | | Buy | 05/23/13 | J | | |
| 49. -Costco Whlsl | | | | | Buy (add'l) | 06/27/13 | J | | |
| 50. -Costco Whlsl | | | | | Buy (add'l) | 11/20/13 | J | | |
| 51. -Deere & Co. | | | | | Buy | 05/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Deere & Co. | | | | | Sold | 07/16/13 | J | | |
| 53.  -Discovery Comm. | | | | | Buy | 05/23/13 | J | | |
| 54.  -Discovery Comm. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 55.  -Ebay | | | | | Buy (add'l) | 05/23/13 | J | | |
| 56.  -Ebay | | | | | Sold (part) | 07/15/13 | J | | |
| 57.  -Ebay | | | | | Sold (part) | 11/18/13 | K | E | |
| 58.  -Ebay | | | | | Buy (add'l) | 11/20/13 | J | | |
| 59.  -Ebay | | | | | Sold | 11/22/13 | J | | |
| 60.  -EMC | | | | | Buy | 06/06/13 | J | | |
| 61.  -EMC | | | | | Buy (add'l) | 08/26/13 | J | | |
| 62.  -EMC | | | | | Buy (add'l) | 11/20/13 | J | | |
| 63.  -EMC | | | | | Sold (part) | 12/02/13 | J | | |
| 64.  -Exxon Mobil | | | | | Buy (add'l) | 05/23/13 | J | | |
| 65.  -Exxon Mobil | | | | | Buy (add'l) | 11/20/13 | J | | |
| 66.  -Exxon Mobil | | | | | Buy (add'l) | 11/22/13 | J | | |
| 67.  -Gilead | | | | | Buy | 05/23/13 | J | | |
| 68.  -Gilead | | | | | Buy (add'l) | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Google | | | | | Buy (add'l) | 05/23/13 | K | | |
| 70. -Google | | | | | Buy (add'l) | 11/20/13 | J | | |
| 71. -Grainger | | | | | Buy | 05/23/13 | J | | |
| 72. -Grainger | | | | | Buy (add'l) | 11/20/13 | J | | |
| 73. -Hershey | | | | | Buy | 05/23/13 | J | | |
| 74. -Hershey | | | | | Buy (add'l) | 11/20/13 | J | | |
| 75. -Home Depot | | | | | Buy | 05/23/13 | J | | |
| 76. -Home Depot | | | | | Buy (add'l) | 11/20/13 | J | | |
| 77. -Intuitive Surgical | | | | | Buy | 05/23/13 | J | | |
| 78. -Intuitive Surgical | | | | | Buy (add'l) | 07/01/13 | J | | |
| 79. -Intuitive Surgical | | | | | Buy (add'l) | 11/20/13 | J | | |
| 80. -Johnson & Johnson | | | | | Buy | 05/23/13 | J | | |
| 81. -Johnson & Johnson | | | | | Buy (add'l) | 07/25/13 | J | | |
| 82. -Johnson & Johnson | | | | | Buy (add'l) | 11/20/13 | J | | |
| 83. -Kraft Foods | | | | | | | | | |
| 84. -Las Vegas Sands | | | | | Buy | 05/23/13 | J | | |
| 85. -Las Vegas Sands | | | | | Sold (part) | 10/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Las Vegas Sands | | | | | Sold (part) | 10/31/13 | J | A | |
| 87. -Las Vegas Sands | | | | | Buy | 11/20/13 | J | | |
| 88. -Mastercard | | | | | Buy | 05/23/13 | K | | |
| 89. -Mastercard | | | | | Buy (add'l) | 11/20/13 | J | | |
| 90. -MFS Value FD Cl 1 | | | | | Buy (add'l) | 01/04/13 | L | | |
| 91. -Mondelez Intl | | | | | | | | | |
| 92. -Monsanto New Com. | | | | | Buy | 05/23/13 | J | | |
| 93. -Monsanto New Com. | | | | | Sold (part) | 06/07/13 | J | | |
| 94. -Monsanto New Com. | | | | | Sold (part) | 06/27/13 | J | | |
| 95. -Monsanto New Com. | | | | | Sold (part) | 07/01/13 | J | | |
| 96. -Monsanto New Com. | | | | | Sold (part) | 07/05/13 | J | | |
| 97. -Monsanto New Com. | | | | | Sold (part) | 07/08/13 | J | | |
| 98. -Monsanto New Com. | | | | | Sold (part) | 07/15/13 | J | | |
| 99. -Monsanto New Com. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 100. -Morgan Stanley | | | | | Buy | 08/08/13 | J | | |
| 101. -Morgan Stanley | | | | | Buy (add'l) | 08/09/13 | J | | |
| 102. -Morgan Stanley | | | | | Buy (add'l) | 11/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -National Oilwell Varco | | | | | | | | | |
| 104. -News Corp. | | | | | Buy | 05/23/13 | J | | |
| 105. -New Corp. | | | | | Sold | 08/08/13 | J | A | |
| 106. -Pfizer | | | | | Buy | 05/23/13 | J | | |
| 107. -Pfizer | | | | | Sold (part) | 06/07/13 | J | | |
| 108. -Pfizer | | | | | Sold | 07/25/13 | J | A | |
| 109. -Price T. Rowe Grp. | | | | | Buy | 06/25/13 | J | | |
| 110. -Price T. Rowe Grp. | | | | | Sold | 10/16/13 | J | | |
| 111. -Philip Morris Intl | | | | | Buy | 05/23/13 | J | | |
| 112. -Philip Morris Intl | | | | | Sold | 06/10/13 | J | | |
| 113. -Priceline | | | | | Buy | 05/23/13 | J | | |
| 114. -Priceline | | | | | Buy (add'l) | 11/20/13 | J | | |
| 115. -Regeneron Pharma. | | | | | Buy | 05/23/13 | J | | |
| 116. -Regeneron Pharma. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 117. -Regeneron Pharma. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 118. -Regeneron Pharma. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 119. -Regeneron Pharma | | | | | Buy (add'l) | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Select Sector SPDR Tr. Fin. | | | | | Buy | 05/23/13 | J | | |
| 121.  -Select Sector SPDR Tr. Fin. | | | | | Sold | 08/08/13 | J | A | |
| 122.  -Salesforce Com Inc. | | | | | Buy | 11/26/13 | J | | |
| 123.  -Sherwin Williams | | | | | Buy | 05/23/13 | J | | |
| 124.  -Sherwin Williams | | | | | Sold (part) | 08/26/13 | J | | |
| 125.  -Sherwin Williamns | | | | | Sold (part) | 08/27/13 | J | | |
| 126.  -Sherwin Williams | | | | | Buy (add'l) | 11/20/13 | J | | |
| 127.  -SPDR S&P Dividend ETF | | | | | | | | | |
| 128.  -Target | | | | | | | | | |
| 129.  -TCW Select Equities FD Cl 1 | | | | | Buy (add'l) | 01/04/13 | L | | |
| 130.  -TJX Cos. | | | | | Buy | 05/23/13 | J | | |
| 131.  -TJX Cos. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 132.  -Twenty-First Cent. Fox | | | | | Buy | 07/15/13 | J | | |
| 133.  -Twenty-First Cent. Fox | | | | | Buy (add'l) | 07/25/13 | J | | |
| 134.  -Twenty-First Cent. Fox | | | | | Buy (add'l) | 11/20/13 | J | | |
| 135.  -Union Pac | | | | | | | | | |
| 136.  -VMWare | | | | | Buy | 05/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -VMWare | | | | | Sold (part) | 06/06/13 | J | | |
| 138. -VMWare | | | | | Sold | 06/27/13 | J | | |
| 139. -WholeFoods | | | | | Buy | 11/14/13 | J | | |
| 140. -Whole Foods | | | | | Buy (add'l) | 11/20/13 | J | | |
| 141. -Alliance Data | | | | | Buy | 12/16/13 | J | | |
| 142. -Amphenol | | | | | Buy | 05/23/13 | J | | |
| 143. -Amphenol | | | | | Buy (add'l) | 07/17/13 | J | | |
| 144. -Amphenol | | | | | Buy (add'l) | 11/20/13 | J | | |
| 145. -Church & Dwight | | | | | Buy | 05/23/13 | J | | |
| 146. -Church & Dwight | | | | | Buy (add'l) | 11/20/13 | J | | |
| 147. -Flowserve | | | | | Buy | 05/23/13 | J | | |
| 148. -Flowserve | | | | | Buy (add'l) | 11/20/13 | J | | |
| 149. -Flowserve | | | | | Buy (add'l) | 11/26/13 | J | | |
| 150. -Flowserve | | | | | Buy (add'l) | 11/27/13 | J | | |
| 151. -Flowserve | | | | | Buy (add'l) | 11/29/13 | J | | |
| 152. -Flowserve | | | | | Buy (add'l) | 12/02/13 | J | | |
| 153. -Hunt JB Trans. | | | | | Buy | 05/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Hunt JB Trans. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 155. -Intl Flavors & Fragrances | | | | | Buy | 05/23/13 | J | | |
| 156. -Intl Flavors & Fragrances | | | | | Buy (add'l) | 11/20/13 | J | | |
| 157. -Leucadia Natl | | | | | Buy | 05/23/13 | J | | |
| 158. -Leucadia Natl | | | | | Sold (part) | 06/27/13 | J | | |
| 159. -Leucadia Natl | | | | | Buy (add'l) | 11/20/13 | J | | |
| 160. -Ocwen | | | | | Buy | 10/16/13 | J | | |
| 161. -Ocwen | | | | | Buy (add'l) | 10/22/13 | J | | |
| 162. -Ocwen | | | | | Buy (add'l) | 10/23/13 | J | | |
| 163. -Ocwen | | | | | Buy (add'l) | 10/24/13 | J | | |
| 164. -Ocwen | | | | | Buy (add'l) | 11/14/13 | J | | |
| 165. -Ocwen | | | | | Buy (add'l) | 11/20/13 | J | | |
| 166. -Polaris Inds. | | | | | Buy | 05/23/13 | J | | |
| 167. -Polaris Inds. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 168. -Polaris Inds. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 169. -Renaissance Hldgs. | | | | | Buy | 05/23/13 | J | | |
| 170. -Renaissance Hldgs. | | | | | Buy (add'l) | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Rockwell Automation | | | | | Buy | 05/23/13 | J | | |
| 172. -Rockwell Automation | | | | | Buy (add'l) | 07/01/13 | J | | |
| 173. -Rockwell Automation | | | | | Buy (add'l) | 07/05/13 | J | | |
| 174. -Rockwell Automation | | | | | Buy (add'l) | 07/16/13 | J | | |
| 175. -Rockwell Automation | | | | | Buy (add'l) | 09/12/13 | J | | |
| 176. -Rockwell Automation | | | | | Buy (add'l) | 09/13/13 | J | | |
| 177. -Rockwell Automation | | | | | Buy (add'l) | 11/20/13 | J | | |
| 178. -Stanley Black & Decker | | | | | Buy | 06/07/13 | J | | |
| 179. -Stanley Black & Decker | | | | | Buy (add'l) | 08/08/13 | J | | |
| 180. -Stanley Black & Decker | | | | | Buy (add'l) | 08/09/13 | J | | |
| 181. -Stanley Black & Decker | | | | | Buy (add'l) | 08/26/13 | J | | |
| 182. -Stanley Black & Decker | | | | | Buy (add'l) | 08/27/13 | J | | |
| 183. -Stanley Black & Decker | | | | | Buy (add'l) | 08/28/13 | J | | |
| 184. -Stanley Black & Decker | | | | | Sold | 10/22/13 | J | | |
| 185. -Stericycle | | | | | Buy | 05/23/13 | J | | |
| 186. -Stericycle | | | | | Buy (add'l) | 11/20/13 | J | | |
| 187. -Tractor Supply | | | | | Buy | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Tractor Supply | | | | | Buy (add'l) | 07/16/13 | J | | |
| 189.  -Tractor Supply | | | | | Buy (add'l) | 07/17/13 | J | | |
| 190.  -Tractor Supply | | | | | Buy (add'l) | 11/20/13 | J | | |
| 191.  -Vanguard Mid-Cap ETF | | | | | Buy | 11/18/13 | M | | |
| 192.  -Columbia Small Cap Growth FD Class Z | | | | | Redeemed | 11/14/13 | M | | |
| 193.  -Enstrar Grp. Ltd. | | | | | Buy | 05/23/13 | J | | |
| 194.  -Enstar Grp. Ltd. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 195.  -Questcor Pharma. | | | | | Buy | 05/23/13 | J | | |
| 196.  -Questcor Pharma. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 197.  -Questcor Pharma. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 198.  -Questcor Pharma. | | | | | Sold (part) | 08/23/13 | J | A | |
| 199.  -Questcor Pharma. | | | | | Sold (part) | 09/16/13 | J | A | |
| 200.  -Questcor Pharma. | | | | | Sold (part) | 09/17/13 | J | A | |
| 201.  -Questcor Pharma. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 202.  -Senomyx | | | | | Buy | 05/23/13 | J | | |
| 203.  -Ship Fin. Intl Ltd. | | | | | Buy | 01/23/13 | J | | |
| 204.  -Ship Fln. Intl Ltd. | | | | | Buy (add'l) | 07/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Ship Fin. Intl. Ltd. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 206. -Ship Fin. Intl. Ltd. | | | | | Buy (add'l) | 07/29/13 | J | | |
| 207. -Ship Fin. Intl. Ltd. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 208. -Ship Fin. Intl. Ltd. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 209. -Ship Fin. Intl. Ltd. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 210. -Ship Fin. Intl. Ltd. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 211. -Actelion Ltd. | | | | | Buy | 08/14/13 | J | | |
| 212. -Actelion Ltd. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 213. -Actelion Ltd. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 214. -Actelion Ltd. | | | | | Buy (add'l) | 08/26/13 | J | | |
| 215. -Actelion Ltd. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 216. -Actelion Ltd. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 217. -Actelion Ltd. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 218. -Actelion Ltd. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 219. -Actelion Ltd. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 220. -Actelion Ltd. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 221. -Actelion Ltd. | | | | | Buy (add'l) | 12/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 31

Name of Person Reporting

Drain, Robert D.

Date of Report

12/24/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Anheuser Busch Inbev | | | | | Buy | 05/23/13 | J | | |
| 223. -Anheuser Busch Inbev. | | | | | Sold (part) | 06/27/13 | J | | |
| 224. -Anheuser Busch Inbev. | | | | | Sold (part) | 07/08/13 | J | | |
| 225. -Anheuser Busch Inbev. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 226. -Bombardier | | | | | Buy | 05/24/13 | J | | |
| 227. -Bombardier | | | | | Buy (add'l) | 11/20/13 | J | | |
| 228. -Compagnie Financiere Richemont | | | | | Buy | 05/24/13 | J | | |
| 229. -Compagnie Financiere Richemont | | | | | Buy (add'l) | 07/02/13 | J | | |
| 230. -Compagnie Financiere Richemont | | | | | Buy (add'l) | 07/17/13 | J | | |
| 231. -Compagnie Financiere Richemont | | | | | Buy (add'l) | 11/20/13 | J | | |
| 232. -Dassault Systems | | | | | Buy | 10/11/13 | J | | |
| 233. -Dassault Systems | | | | | Buy (add'l) | 10/18/13 | J | | |
| 234. -Dassualt Systems | | | | | Buy (add'l) | 11/05/13 | J | | |
| 235. -Dassault Systems | | | | | Buy | 11/20/13 | J | | |
| 236. -Dassault Systems | | | | | Buy (add'l) | 12/27/13 | J | | |
| 237. -Diageo PLC ADR | | | | | Buy | 05/23/13 | J | | |
| 238. -Diageo PLC ADR | | | | | Sold | 06/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Dominion Diamond | | | | | Buy | 05/23/13 | J | | |
| 240. -Dominion Diamond | | | | | Sold (part) | 09/13/13 | J | | |
| 241. -Dominion Diamond | | | | | Sold (part) | 09/17/13 | J | | |
| 242. -Dominion Diamond | | | | | Sold (part) | 09/19/13 | J | | |
| 243. -Dominion Diamond | | | | | Sold (part) | 09/20/13 | J | | |
| 244. -Dominion Diamond | | | | | Sold (part) | 09/23/13 | J | | |
| 245. -Dominion Diamond | | | | | Sold (part) | 09/27/13 | J | | |
| 246. -Dominion Diamond | | | | | Sold (part) | 09/30/13 | J | | |
| 247. -Dominion Diamond | | | | | Sold (part) | 10/01/13 | J | | |
| 248. -Dominion Diamond | | | | | Sold (part) | 10/03/13 | J | | |
| 249. -Dominion Diamond | | | | | Sold (part) | 10/04/13 | J | | |
| 250. -Dominion Diamond | | | | | Sold | 10/07/13 | J | | |
| 251. -Fanuc Corp. | | | | | Buy | 05/24/13 | J | | |
| 252. -Fanuc Corp | | | | | Sold (part) | 06/26/13 | J | | |
| 253. -Fanuc Corp. | | | | | Sold (part) | 07/02/13 | J | | |
| 254. -Fanuc Corp. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 255. -Fanuc Corp. | | | | | Buy (add'l) | 12/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256.  -Fast Retailing | | | | | Buy | 05/24/13 | J | | |
| 257.  -Fast Retailing | | | | | Sold (part) | 06/11/13 | J | | |
| 258.  -Fast Retailing | | | | | Sold (part) | 09/18/13 | J | | |
| 259.  -Fast Retailing | | | | | Buy (add'l) | 11/21/13 | J | | |
| 260.  -Gemalto NV | | | | | Buy | 05/23/13 | J | | |
| 261.  -Gemalto NV | | | | | Buy (add'l) | 11/20/13 | J | | |
| 262.  -Givaudan AG | | | | | Buy | 05/24/13 | J | | |
| 263.  -Givaudian AG | | | | | Buy (add'l) | 11/20/13 | J | | |
| 264.  -Industria De Diseno Textil | | | | | Buy | 05/23/13 | J | | |
| 265.  -Industria De Diseno Textil | | | | | Buy (add'l) | 11/20/13 | J | | |
| 266.  -Japan Exchanged Grp. | | | | | Buy | 05/24/13 | J | | |
| 267.  -Japan Exchanged Grp. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 268.  -Japan Exchanged Grp. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 269.  -Jardine Strategic Hldgs. | | | | | Buy | 05/28/13 | J | | |
| 270.  -Jardine Strategic Hldgs. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 271.  -Jardine Strategic Hldgs | | | | | Buy (add'l) | 11/21/13 | J | | |
| 272.  -Keyence Corp. | | | | | Buy | 05/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Keyence Corp. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 274. -Keyence Corp. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 275. -Kuka AG | | | | | Buy | 05/22/13 | J | | |
| 276. -Kuka AG | | | | | Buy (add'l) | 07/01/13 | J | | |
| 277. -Kuka AG | | | | | Buy (add'l) | 09/11/13 | J | | |
| 278. -Kuka AG | | | | | Buy (add'l) | 11/19/13 | J | | |
| 279. -LyondellBasell | | | | | Buy | 05/23/13 | J | | |
| 280. -LyondellBasell | | | | | Buy (add'l) | 07/16/13 | J | | |
| 281. -LyondellBasell | | | | | Buy (add'l) | 11/20/13 | J | | |
| 282. -Nidec Corp. | | | | | Buy | 05/24/13 | J | | |
| 283. -Nidec. Corp. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 284. -Nidec Corp. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 285. -Noble Grp. Ltd. | | | | | Buy | 05/23/13 | J | | |
| 286. -Noble Grp. Ltd. | | | | | Sold (part) | 06/11/13 | J | | |
| 287. -Noble Grp. Ltd. | | | | | Sold (part) | 06/26/13 | J | | |
| 288. -Noble Grp. Ltd. | | | | | Sold (part) | 06/28/13 | J | | |
| 289. -Noble Grp. Ltd. | | | | | Sold (part) | 07/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Noble Grp. Ltd. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 291. -Noble Grp. Ltd. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 292. -Noble Grp. Ltd. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 293. -Noble Grp. Ltd. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 294. -Novo-Nordisk ADR | | | | | Buy | 05/23/13 | J | | |
| 295. -Novo-Nordisk ADR | | | | | Sold (part) | 07/15/13 | J | | |
| 296. -Novo-Nordisk ADR | | | | | Sold (part) | 07/16/13 | J | | |
| 297. -Novo-Nordisck ADR | | | | | Buy (add'l) | 11/20/13 | J | | |
| 298. -Novozymes | | | | | Buy | 05/24/13 | J | | |
| 299. -Novozymes | | | | | Buy (add'l) | 11/20/13 | J | | |
| 300. -Olam Intl | | | | | Buy | 05/23/13 | J | | |
| 301. -Olam Intl | | | | | Sold (part) | 09/17/13 | J | | |
| 302. -Olam Intl | | | | | Sold (part) | 09/18/13 | J | | |
| 303. -Olam Intl | | | | | Sold (part) | 09/19/13 | J | | |
| 304. -Olam Intl | | | | | Sold | 09/20/13 | J | | |
| 305. -Onex | | | | | Buy | 05/24/13 | J | | |
| 306. -Onex | | | | | Buy (add'l) | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Rakuten Inc. Tokyo | | | | | Buy | 05/24/13 | J | | |
| 308. -Rakuten Inc. Tokyo | | | | | Buy (add'l) | 08/16/13 | J | | |
| 309. -Rakuten Inc. Tokyo | | | | | Buy (add'l) | 11/20/13 | J | | |
| 310. -RHJ Intl | | | | | Buy | 05/23/13 | J | | |
| 311. -RHJ Intl | | | | | Sold (part) | 10/31/13 | J | A | |
| 312. -Roch Hldgs | | | | | Buy | 05/24/13 | J | | |
| 313. -Roch Hldgs | | | | | Buy (add'l) | 11/20/13 | J | | |
| 314. -Rolls-Royce Hldgs | | | | | Buy | 05/23/13 | J | | |
| 315. -Rolls-Royce Hldgs | | | | | Buy (add'l) | 11/20/13 | J | | |
| 316. -Salvatore Farragamo Italia | | | | | Buy | 05/23/13 | J | | |
| 317. -Salvatore Farragamo Intalia | | | | | Buy (add'l) | 11/20/13 | J | | |
| 318. -Shinsei Bk Ltd. | | | | | Buy | 05/24/13 | J | | |
| 319. -Shinsei Bk Ltd. | | | | | Sold (part) | 09/18/13 | J | | |
| 320. -Shinsei Bk Ltd. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 321. -Softbank | | | | | Buy | 09/18/13 | J | | |
| 322. -Softbank | | | | | Buy (add'l) | 09/19/13 | J | | |
| 323. -Softbank | | | | | Buy (add'l) | 09/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Softbank | | | | | Buy (add'l) | 09/26/13 | J | | |
| 325. -Softbank | | | | | Buy (add'l) | 10/07/13 | J | | |
| 326. -Softbank | | | | | Buy (add'l) | 11/21/13 | J | | |
| 327. -Swatch Grp. | | | | | Buy | 05/24/13 | J | | |
| 328. -Swatch Grp. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 329. -Swatch Grp. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 330. -Swatch Grp. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 331. -Symrise AG | | | | | Buy | 05/22/13 | J | | |
| 332. -Symrise AG | | | | | Sold (part) | 10/10/13 | J | A | |
| 333. -Symrise AG | | | | | Sold (part) | 10/11/13 | J | A | |
| 334. -Valeant Pharma. Intl. | | | | | Buy | 05/23/13 | J | | |
| 335. -Valeant Pharma. Intl. | | | | | Sold (part) | 06/10/13 | J | | |
| 336. -Valeant Pharma. Intl. | | | | | Sold (part) | 06/25/13 | J | | |
| 337. -Valeant Pharma. Intl. | | | | | Sold (part) | 06/27/13 | J | | |
| 338. -Valeant Pharma. Intl. | | | | | Sold (part) | 08/23/13 | J | A | |
| 339. -Valeant Pharma Intl. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 340. -Ishares MSCI Emerging MKTS Index FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Col. US Govt. Mtg FD Cl Z | | | | | Redeemed (part) | 04/02/13 | L | | |
| 342. -Col US Govt. Mtg. FD Cl Z | | | | | Redeemed (part) | 04/09/13 | M | | |
| 343. -Col US Govt. Mtg. FD Cl Z | | | | | Redeemed (part) | 09/25/13 | K | | |
| 344. -Col US Govt. Mtg. FD Cl Z | | | | | Redeemed | 11/14/13 | M | | |
| 345. -Port Auth NY & NJ CONS BDS-OID 2018 | | | | | Redeemed | 12/27/13 | J | A | |
| 346. -NY NY Go Ref BDS | | | | | | | | | |
| 347. -Babylon NY Pub Impt BDS | | | | | | | | | |
| 348. -North Hempstead NY Pub Impt BDS | | | | | | | | | |
| 349. -Port Auth NY & NJ CONS BDS OID 2021 | | | | | | | | | |
| 350. -NY St Dorm Auth St. Pers BDs 2022 | | | | | | | | | |
| 351. -Col Short Term Mun. BD Fd Cl Z | | | | | Redeemed | 04/09/13 | M | | |
| 352. -American Tower | | | | | Buy | 05/23/13 | J | | |
| 353. -American Tower | | | | | Sold (part) | 07/25/13 | J | | |
| 354. -American Tower | | | | | Sold | 08/13/13 | J | | |
| 355. -BofA Tax Exempt Reserves | | | | | Buy (add'l) | 01/02/13 | J | | |
| 356. | | | | | Sold (part) | 01/04/13 | M | | |
| 357. | | | | | Sold (part) | 01/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Sold (part) | 01/23/13 | K | | |
| 359. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 360. | | | | | Buy (add'l) | 04/01/13 | K | | |
| 361. | | | | | Buy (add'l) | 04/02/13 | L | | |
| 362. | | | | | Buy (add'l) | 04/03/13 | L | | |
| 363. | | | | | Buy (add'l) | 04/09/13 | M | | |
| 364. | | | | | Buy (add'l) | 04/09/13 | M | | |
| 365. | | | | | Sold (part) | 04/12/13 | J | | |
| 366. | | | | | Sold (part) | 05/14/13 | J | | |
| 367. | | | | | Sold (part) | 05/15/13 | K | | |
| 368. | | | | | Sold (part) | 01/23/13 | M | | |
| 369. | | | | | Sold (part) | 01/23/13 | M | | |
| 370. | | | | | Sold (part) | 05/24/13 | L | | |
| 371. | | | | | Sold (part) | 05/28/13 | J | | |
| 372. | | | | | Sold (part) | 06/17/13 | K | | |
| 373. | | | | | Buy (add'l) | 11/15/13 | M | | |
| 374. | | | | | Sold (part) | 11/15/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 11/18/13 | L | | |
| 376. | | | | | Sold (part) | 11/19/13 | M | | |
| 377. | | | | | Sold (part) | 11/20/13 | M | | |
| 378. | | | | | Sold (part) | 11/21/13 | L | | |
| 379. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 380. | | | | | Sold (part) | 11/26/13 | J | | |
| 381. | | | | | Sold (part) | 11/27/13 | J | | |
| 382. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 383. | | | | | Sold (part) | 12/13/13 | K | | |
| 384. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 385. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 386. US Trust managed IRA Rollover Account (no control) | B | Int./Div. | O | T | | | | | See note in part VIII |
| 387. -BofA Money Market Savings | | | | | | | | | |
| 388. -Aston Montag & Caldwell Growth Fd | | | | | | | | | |
| 389. -Col. Dividend Income Fd | | | | | | | | | |
| 390. -Col Select Large Cap Growth Fd Cl Z | | | | | | | | | |
| 391. -MFS Value Fd | | | | | Redeemed | 12/18/13 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -TCW Select Equities Fd | | | | | | | | | |
| 393. -Col Select Small Cap FD CL Z | | | | | Redeemed | 12/18/13 | K | | |
| 394. -IShares MSCI Emerging Mkts FD | | | | | Redeemed | 12/20/13 | K | B | |
| 395. -Walmart Stores | | | | | | | | | |
| 396. -Bank of NY Med. Term. Sr. Nt. | | | | | | | | | |
| 397. -Berkshire Hathaway Fin Corp. Gtd. Sr. Nt. | | | | | | | | | |
| 398. -Col Ultra Short Term Bond Fd | | | | | Redeemed | 12/18/13 | J | | |
| 399. -Col. Corp. Income Fd. Class Z | | | | | Redeemed | 12/18/13 | J | | |
| 400. -Col. Strat. Income Fd. Class Z | | | | | Redeemed | 12/18/13 | J | | |
| 401. -Col US Govt Mtg Fd CL Z | | | | | Redeemed | 12/18/13 | K | | |
| 402. -PIMCO Total Return Fd | | | | | Redeemed | 12/18/13 | K | | |
| 403. -Col Income Opp. Fd CL Z | | | | | | | | | |
| 404. -Fidelity Advisor Floating Rt. High Income Fd. | | | | | | | | | |
| 405. -Pimco Commodity Real Return Strategy FD | | | | | Redeemed | 12/18/13 | J | | |
| 406. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 407. US Trust IRA (no control) | C | Dividend | N | T | | | | | See note in part VIII |
| 408. -BofA Money Market | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Col. Select Large Cap Growth Fd. Class Z | | | | | | | | | |
| 410. -SPDR S&P Div. ETF | | | | | | | | | |
| 411. -SPDR S&P 500 ETF | | | | | | | | | |
| 412. -Vanguard Mid-Cap ETF | | | | | Buy | 11/18/13 | J | | |
| 413. -Vanguard Small-Cap ETF | | | | | Buy | 11/18/13 | J | | |
| 414. -US Treas Strips | | | | | | | | | |
| 415. NY 529 savings program #1 | None | K | T | | Sold (part) | 12/27/13 | K | | |
| 416. -Moderate-Age Based Option: Income Portfolio | | | | | | | | | |
| 417. NY 529 savings program #2 | None | L | T | | | | | | |
| 418. -Moderate-Age Based Option: Income Portfolio | | | | | | | | | |
| 419. NY 529 savings program #3 | None | M | T | | Sold (part) | 12/27/13 | K | | |
| 420. -Moderate-Age Based Option: Income Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 31

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

12/24/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 6-385, columns B and C. The U.S. Trust-managed account described on line 6 is held and managed in trust by U.S. Trust as a fiduciary          and me. It is not a personal brokerage or financial management account. We have no discretion with respect to any of the individual assets in the account, which are listed in lines 7-385. Instead, U.S. Trust makes each investment, buy or sell decision with respect to the individual assets in the account. We are able only to increase or decrease the aggregate investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

2. Part VII, lines 386-406, columns B and C. The U.S. Trust-managed IRA rollover account described in line 386 is held and managed in trust by U.S. Trust as a fiduciary for me with respect to the rollover of my former pension and 401(k) accounts. As with the account described on line 6 of Part VII and above, I have no discretion with respect to any of the individual assets in the account, which are listed in lines 387-406, with the exception of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

3. Part VII, lines 407-414, columns B and C. The U.S. Trust-managed IRA rollover account described in line 407 is held and managed by U.S. Trust as a fiduciary          with respect to the rollover of      former 401(k) account. As with the accounts described in lines 6 and 386 of Part VII and above,      has no discretion with respect to any of the individual assets in the account, which are listed in lines408-414, with the exception of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544